■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GREENE, Appellant. [872 NYS2d 688]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (DiMango, J.), imposed October 29, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Florio, Angiolillo and Dickerson, JJ., concur.